IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY,<br>an Illinois Corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | 4:09CV3011 |
| v. | ) <br> ) | |
| LEXINGTON INSURANCE COMPANY,<br>a Delaware Corporation, | ) <br> ) <br> ) | ORDER |
| Defendant. | ) <br> ) | |

IT IS ORDERED:

The motion of P. Shawn McCann to withdraw as an attorney for defendant, filing no. 18, is granted.

DATED this 30th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge