IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3011 |
| V. | ) ) | |
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation, | ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) ) | |

The parties have been unable to agree on the dates for progression of this case to trial. The defendant has filed a motion for a telephonic planning conference. Filing No. 27.

IT IS ORDERED:

1) The defendant's motion for planning conference, filing no. 27, is granted.

2) A telephonic planning conference to discuss the final progression schedule for this case will held before the undersigned district judge on July 28, 2009 at 11:00 a.m. Counsel for the defendant shall place the call.

DATED this 21st day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge, in the absence of
Magistrate Judge David L. Piester