IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation, and DORE & ASSOCIATES CONTRACTING, INC., an Indiana Corporation, | ) ) ) ) ) ) | |
| | ) | 4:09CV3011 |
| Plaintiffs, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |

In accordance with the telephonic conference held today regarding the progression of this case,

IT IS ORDERED:

1)   The deadlines set forth in paragraphs c, d, and e of the court's second amended progression order, (filing no. 48), are vacated.

2)   On or before May 10, 2010, the parties shall contact the chambers of the undersigned magistrate judge to schedule a conference call regarding establishing a third amended progression schedule for this case.  The parties shall be prepared to discuss setting a new deposition and discovery deadline, the location for conducting any remaining depositions, the deadline for filing stipulated facts and any dispositive motions, and the scheduling of a pretrial conference and trial.

3)   The parties are reminded that no further continuances of the progression schedule will be granted absent a substantial good cause showing.

DATED this 28th day of April, 2010.

BY THE COURT:
s/ Cheryl R. Zwart
United States Magistrate Judge