IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation, and DORE & ASSOCIATES CONTRACTING, INC., an Indiana Corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:09CV3011 |
| v. | ) ) | |
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation, | ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

The court has received a mediation closure notice stating this case is fully settled.

Accordingly,

IT IS ORDERED that the telephonic conference to discuss case progression, previously scheduled for February 15, 2011, is cancelled.

DATED this 11th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge