IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, ) | Case No.: 4:09-cv-03011 |
| An Illinois Corporation, and ) | |
| DORE & ASSOCIATES CONTRACTING, ) | |
| INC, and Indiana Corporation, ) | |
| ) | **ORDER FOR DISMISSAL** |
| Plaintiffs, ) | **WITH PREJUDICE** |
| ) | |
| v. ) | |
| ) | |
| LEXINGTON INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** came before the Court upon the Stipulation and the Motion of the parties hereto, by and through their respective counsel of record, and the Court, being fully advised in the premises, finds that the above-captioned matter should be dismissed with prejudice, each party to pay their own costs, and a complete record waived.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-captioned matter be, and the same is hereby dismissed with prejudice, each party to pay their own costs, and complete record waived.

DATE this 25th of April, 2011

BY THE COURT:

s/ Warren K. Urbom

_____
U.S. SENIOR DISTRICT JUDGE

PREPARED AND SUBMITTED BY:

William H. Selde, #18648
SODORO, DALY & SODORO, P.C.